AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of ARKANSAS

UNITED STATES OF AMERICA
V.

CHRISTOPHER LEE MCBRIDE

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:01CR00006-01 GH
USM Number: 22265-009

LISA G. PETERS
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) general of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| general | Commission of another federal, state, or local crime. | 1/19/2006 |
| general | Possession of a firearm, destructive devise, or other dangerous weapon. | 1/19/2006 |

The defendant is sentenced as provided in pages 2 through ____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: \*\*\*-\*\*-7662

Defendant's Date of Birth: \*\*/\*\*/1978

Defendant's Residence Address:
Little Rock, AR

Defendant's Mailing Address:

April 13, 2006
Date of Imposition of Judgment

*George Howard, Jr.*
Signature of Judge

GEORGE HOWARD JR., U. S. DISTRICT JUDGE
Name and Title of Judge

*April 17, 2006*
Date

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 17 2006

JAMES W. McCORMACK, CLERK
DEP CLERK

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      CHRISTOPHER LEE MCBRIDE
CASE NUMBER:    4:01CR00006-01 GH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    24 months to run consecutive to the undischarged term of imprisonment the defendant is currently serving in the Arkansas Department of Corrections.

X    The court makes the following recommendations to the Bureau of Prisons:
     The court recommends that the defendant participate in a nonresidential substance abuse treatment program, educational and vocational training, and mental health counseling during incarceration.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____    ☐ a.m.  ☐ p.m.  on _____ .

     ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL